| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1089 2:94CR-00052-01J |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR06-50126 phx-EHC |

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| Felizardo ROMERO | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | ALAN B. JOHNSON, U. S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE | FROM February 23, 2005 / TO February 22, 2008 |

OFFENSE

DISTRIBUTION OF COCAINE   [21 USC § 841(a)(1)]

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 0 1 2006

Stephan Harris, Clerk
Cheyenne

## PART 1 - ORDER TRANSFERRING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF ARIZONA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/7/06
/Date

_[signature]_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

11-20-06
Effective Date

_[signature]_
United States District Judge